**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY FORD and DENISE FORD,

    Plaintiffs,

  v.

SHERIFF GREG MUNKS, *et al.*

    Defendants.

No. C 13-00532 WHA

**ORDER GRANTING MOTION TO CONSOLIDATE ACTIONS**

    Defendants move to consolidate *Jeremy Ford v. Michael Baron, et al.*, 13-5733-JSC, with this action. Good cause shown, defendants' motion is **GRANTED**. The deadlines established in this action's case management scheduling order shall control the consolidated action (Dkt. No. 18). Defendants shall answer the new complaint by **JANUARY 28, 2014, AT NOON**.

    Plaintiffs have not filed an opposition to any of the above.

**IT IS SO ORDERED.**

Dated: January 21, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE